# Sentencing statement

I would like to start by expressing my gratitude for the opportunity to address the court. But although I am grateful for that opportunity, the overwhelming emotion I feel is shame. Deep shame and regret for my unlawful acts. I am guilty your honor, I made a lot of very bad decisions and I cannot make any excuses for that. I take full responsibility for my actions and I am at the mercy of the court.

I made mistakes that I deserve to be punished for, but my mistakes are not who I am, they are not who I was raised to be. There are a lot of people out there who have known me all my life that will struggle to to relate my crimes to me because they know a much better version of who I am, who I was raised to be, and who I know I can still be. My own mother is not here because I have yet to be able to explain the full extent of my actions to her, partly due to the shame of it all and partly due to the fact that she's old and frail and I'm afraid of what it will do to her when she finds out.

I was raised to work hard and have faith in God to do for me what I could not do in my own strength, and for most of my life I have lived exactly that way. I went from flipping burgers to working for the biggest oil and gas companies in the world, by sheer hard work prayer, and I never even dreamed of getting involved in criminal activity. Yet when I was faced with challenges that made it difficult for me to work, I forgot how I far I had already come, I panicked and made a series of bad choices when I should have stuck to what I knew, working hard and praying, the same way I made it through every prior challenge. I allowed myself to become a person I couldn't even recognize, a person that took things that were not his to take. I have regretted that decision for a long time since. I am deeply remorseful your honor.

I wish I could go back and do things differently but I cannot, I can only offer my most sincere apologies to my victims, my family and this court. I pray everyday for Gods forgiveness and for an opportunity to do better. I let a lot of people down your honor, I lost faith, and I let myself down. God willing, I will get an opportunity to do better, to be the man I once was, the kind of man my son would be proud of and look up to. I can do better; I have done much better in the past and I will do better in the future. Thank you for your time.

*Defendant exhibit*